# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>            Plaintiff,                        )<br>                                                            )<br>                                                            )<br>vs.                                                     )<br>                                                            )<br>ESTEBAN F. MARTINEZ HERNANDEZ, )<br>                                                            )<br>            Defendant.                    )<br>                                                            ) | 4:12MJ3055<br><br><br>DETENTION ORDER<br><br>COMPLAINT |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED,

1) The above-named defendant shall be detained pending the preliminary hearing in this case.

2) A preliminary hearing will be held on **August 28, 2012 at 10:15 a.m.** before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

August 13, 2012                              BY THE COURT:

                                                     *s/Cheryl R. Zwart*
                                                     Cheryl R. Zwart
                                                     United States Magistrate Judge