IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3077 |
| | ) | |
| v. | ) | |
| | ) | |
| ESTEBAN MARTINEZ HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for authorization *nunc pro tunc* of payment of services in excess of maximum allowed under CJA (Interpreter Services) (Filing No. 35). The Court has reviewed the motion and finds it should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Counsel is authorized to exceed the maximum allowed under CJA for interpreter services, not to exceed $973.00.

DATED this 19th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court