IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )         4:12CR3077
                              )
       v.                     )
                              )
                              )     FINAL ORDER OF FORFEITURE
ESTEBAN F. MARTINEZ HERNANDEZ,)
                              )
              Defendant.      )
_____)
```

This matter is before the Court upon plaintiff United States' Motion for Final Order of Forfeiture (Filing No. 45). Plaintiff has also filed a Declaration of Publication, wherein it declares that notice of the criminal forfeiture action "was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on March 22, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions" (Filing No. 44). Plaintiff states, "No person or entity has filed a Petition setting forth any legal or equitable interest in the subject property," $350.00 in United States currency (Filing No. 45). The Court finds that plaintiff's motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's Motion for Final Order of Forfeiture (Filing No. 45) is hereby granted.

2) All right, title and interest in and to the $350.00 in United States currency held by any person or entity are hereby forever barred and foreclosed.

3) The $350.00 in United States currency are forfeited to the United States of America, and the United States is directed to dispose of the property in accordance with the law.

DATED this 5th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court